DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Giant Eagle, Inc., et al., ) | |
| ) | CASE NO. 04:06CV0432 |
| Appellants/ Cross-Appellees ) | |
| ) | |
| v.  ) | JUDGMENT ENTRY |
| ) | |
| Phar-Mor, Inc., ) | |
| ) | |
| Appellee/Cross-Appellant ) | |
| ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby ORDERED, ADJUDGED and DECREED that the January 5, 2006 Order of the Bankruptcy Court in Bankruptcy Case No. 01-44007 is AFFIRMED.

IT IS SO ORDERED.

| | |
|---|---|
| July 28, 2006 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |